IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00014-MP-AK

CHRISTOPHER THOMAS QUINN,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 150, Motion for Subsistence by Christopher Thomas Quinn. In the motion, Mr. Quinn seeks government assistance in paying for the travel and lodging associated with returning to Gainesville for rearraignment. It appears defendant has sufficient income, reported and unreported, to cover the cost of a round-trip bus ticket ($118.00) plus a night's lodging in Gainesville. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for subsistence, doc. 150, is denied.

**DONE AND ORDERED** this  _25th_  day of October, 2007

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge