IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00014-MP-AK

CHRISTOPHER THOMAS QUINN,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 202, Motion to Continue Sentencing (Unopposed) by Christopher Thomas Quinn.  The motion is granted, and the sentencing is hereby reset for April 30, 2008 at 11:00 a.m.

**DONE AND ORDERED** this *31st* day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge